

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO MATIAS GROSSO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, et al.,<br><br>Respondents. | Case No.:  26-CV-1982 JLS (JLB)<br><br>**ORDER DISMISSING PETITION**<br><br>(ECF No. 1) |

Presently before the Court is Petitioner Alvaro Matias Grosso's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  Petitioner has filed three previous Section 2241 habeas petitions in this district in the past several months.  In the first petition, Judge James E. Simmons, Jr., denied the petition without prejudice.  *Grosso v. U.S. Immigr. and Customs Enf't (ICE)*, No. 25-CV-3593-JES-BLM, ECF No. 4 (S.D. Cal. Jan. 12, 2026).  In the case before Judge Simmons, a Motion for Reconsideration is still pending.  In the second petition, Judge Cathy Ann Bencivengo ordered a bond hearing before an immigration judge and denied a subsequent challenge by Petitioner to his bond denial.  *Grosso v. Warden*, No. 26-CV-396-CAB-MMP, ECF Nos. 4, 9 (S.D. Cal. March 3, 2026).  In the third petition, Chief Judge Cynthia Bashant summarily dismissed the

petition as repetitive and duplicative of his previous petitions. *Grosso v. LaRose*, No. 26-CV-1575-BAS-BLM, ECF No. 2 (S.D. Cal. March 16, 2026).

The Court finds that there are no new grounds for relief that were not raised in the prior petitions. A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 23-CV-1118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Therefore, the Petition is **DISMISSED WITHOUT PREJUDICE**. Federal Defenders has indicated that appointment of counsel would not be beneficial to Petitioner at this time. ECF No. 4. The Clerk of Court **SHALL** update the CM/ECF service list to reflect that Plaintiff is proceeding *pro se*. The Court notes that Plaintiff does not have *pro se* electronic filing privileges and therefore will be served by mail. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: April 17, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-1982 JLS (JLB)