UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO MATIAS GROSSO,<br><br>                                        Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, et al.,<br><br>                                        Respondents. | Case No.:  26-CV-1982 JLS (JLB)<br><br>**ORDER DENYING AS MOOT (1) MOTION TO REOPEN AND FOR RECONSIDERATION, (2) MOTION FOR TEMPORARY RESTRAINING ORDER, AND (3) MOTION FOR STAY OF REMOVAL**<br><br>(ECF Nos. 8, 12, 13) |

Presently before the Court are Petitioner Alvaro Matias Grosso's Motion to Reopen and for Reconsideration (ECF No. 8), Motion for Temporary Restraining Order (ECF No. 12), and Motion for Stay of Removal (ECF No. 13). Petitioner has filed four previous Section 2241 habeas petitions in this district in the past several months. In the first petition, Judge James E. Simmons, Jr., denied the petition without prejudice. *Grosso v. U.S. Immigr. and Customs Enf't (ICE)*, No. 25-CV-3593-JES-BLM, ECF No. 4 (S.D. Cal. Jan. 12, 2026). In the case before Judge Simmons, a Motion for Reconsideration is still pending. In the second petition, Judge Cathy Ann Bencivengo ordered a bond hearing before an immigration judge and denied a subsequent challenge by Petitioner to his bond denial on exhaustion grounds. *Grosso v. Warden*, No. 26-CV-396-CAB-MMP, ECF Nos. 4, 9 (S.D.

Cal. March 3, 2026).   In the third petition, Chief Judge Cynthia Bashant summarily dismissed the petition as repetitive and duplicative of his previous petitions.  *Grosso v. LaRose*, No. 26-CV-1575-BAS-BLM, ECF No. 2 (S.D. Cal. March 16, 2026).  In the fourth petition, this Court also dismissed the petition as repetitive and duplicative of his previous petitions.  *See* ECF No. 6.

The Court finds that there are no new grounds for relief in the current Motions that were not raised in the prior petitions, and there is no further relief the Court can grant at this time.[1] Petitioner has received a bond hearing and has already challenged the sufficiency of that bond hearing.  *See Grosso v. Warden*, No. 26-CV-396-CAB-MMP, ECF Nos. 4, 9 (S.D. Cal. March 3, 2026).  Therefore, Petitioner's Motions are **DENIED AS MOOT** (ECF Nos. 8, 12, 13).

**IT IS SO ORDERED.**

Dated:  May 14, 2026

Hon. Janis L. Sammartino
United States District Judge

---

[1] The Court notes that there have been no new developments in Petitioner's case since his last petition was decided, i.e., the BIA deciding his pending appeal.

26-CV-1982 JLS (JLB)